B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Beninati Contracting Services, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **52-3 District Court Accounts Receivables 700 Barclay Circle Rochester, MI 48307** | **52-3 District Court Accounts Receivables 700 Barclay Circle Rochester, MI 48307** | | | **3,250.00** |
| **Access Receivables Management PO Box 9801 Baltimore, MD 21284** | **Access Receivables Management PO Box 9801 Baltimore, MD 21284** | **Collection Agency for Frankenmuth Insurance** | | **114.93** |
| **Auto-Owners Insurance PO Box 30315 Lansing, MI 48909-7815** | **Auto-Owners Insurance PO Box 30315 Lansing, MI 48909-7815** | | | **216.00** |
| **CMCS 822 E Grand River Ave Brighton, MI 48116** | **CMCS 822 E Grand River Ave Brighton, MI 48116** | | | **216.00** |
| **Comcast Cable PO Box 3006 Southeastern, PA 19398-3005** | **Comcast Cable PO Box 3006 Southeastern, PA 19398-3005** | | | **3,954.88** |
| **DCS PO Box 21726 Cleveland, OH 44121** | **DCS PO Box 21726 Cleveland, OH 44121** | **Collection Agency for Airgas Great Lakes** | | **638.00** |
| **Financial Federal Credit, Inc. A/K/A People's United 4225 Naperville Road Suite 265 Lisle, IL 60532** | **Financial Federal Credit, Inc. A/K/A People's United 4225 Naperville Road Lisle, IL 60532** | **All Asset Lien** | | **280,000.00** **(265,000.00 secured)** |
| **JJ Marshall & Associates 6060 Collection Drive Utica, MI 48316** | **JJ Marshall & Associates 6060 Collection Drive Utica, MI 48316** | **collections for comerica** | | **1,000.00** |
| **Macomb County Treasurer Delinquent Personal Property Tax One South Main Street-2nd floor Mount Clemens, MI 48043** | **Macomb County Treasurer Delinquent Personal Property Tax One South Main Street-2nd floor Mount Clemens, MI 48043** | | | **6,615.50** |
| **Masur Trucking, Inc. 2821 Crescentville Road West Chester, OH 45069** | **Masur Trucking, Inc. 2821 Crescentville Road West Chester, OH 45069** | | | **7,947.30** |

B4 (Official Form 4) (12/07) - Cont.

In re **Beninati Contracting Services, Inc.**  Case No. _____
          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Merchants Insurance Group<br>P.O. Box 4031<br>Buffalo, NY 14240 | Merchants Insurance Group<br>P.O. Box 4031<br>Buffalo, NY 14240 | Insurance | | 850.81 |
| Michigan Accounts Receivable Collection<br>PO Box 30158<br>Lansing, MI 48909 | Michigan Accounts Receivable Collection<br>PO Box 30158<br>Lansing, MI 48909 | Withholding Taxes | | 2,106.59 |
| Michigan Department of Treasury<br>Po Box 30199<br>Lansing, MI 48909 | Michigan Department of Treasury<br>Po Box 30199<br>Lansing, MI 48909 | Withholding Tax for 10/10 | | 264.35 |
| Potomac Metal & Supply, Inc<br>PO Box 1415<br>12001 Siebert Road, SE<br>Cumberland, MD 21501-1415 | Potomac Metal & Supply, Inc<br>PO Box 1415<br>12001 Siebert Road, SE<br>Cumberland, MD 21501-1415 | | | 3,199.01 |
| TCF Bank<br>401 E. Liberty<br>Ann Arbor, MI 48104 | TCF Bank<br>401 E. Liberty<br>Ann Arbor, MI 48104 | | | 4,000.00 |
| Unemployment Insurance Agency<br>Benefit Overpayment<br>PO Box 9045<br>Detroit, MI 48202 | Unemployment Insurance Agency<br>Benefit Overpayment<br>PO Box 9045<br>Detroit, MI 48202 | | | 136,510.46 |
| UPS Freight<br>28013 Network Place<br>Chicago, IL 60673 | UPS Freight<br>28013 Network Place<br>Chicago, IL 60673 | | | 87.00 |
| Van Dinter & Associates<br>43525 Ridge Park Drive<br>Suite 300<br>Temecula, CA 92590 | Van Dinter & Associates<br>43525 Ridge Park Drive<br>Suite 300<br>Temecula, CA 92590 | Collection Attorney for SECURA Supreme Insurance Co | | 2,957.00 |
| Wilkens Manufacturing, Inc.<br>1480 Hwy 183<br>Stockton, KS 67669-9564 | Wilkens Manufacturing, Inc.<br>1480 Hwy 183<br>Stockton, KS 67669-9564 | | | 1,093.72 |
| Yellow Book<br>PO Box 660052<br>Dallas, TX 75266-0052 | Yellow Book<br>PO Box 660052<br>Dallas, TX 75266-0052 | | | 341.81 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Beninati Contracting Services, Inc.**       Case No. _____

           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 2, 2011**       Signature  **/s/ Mark Beninati**
                                                                                     **Mark Beninati**
                                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy